1  GOLDSMITH & HULL/File #575890
   A Professional Corporation
2  William I. Goldsmith  (SBN 82183)
   Michael L. Goldsmith (SBN 291700)
3  16933 Parthenia Street, Suite 110
   Northridge, CA 91343
4  Tel.: (818) 990-6600
   Fax: (818) 990-6140
5  **govdept1@goldsmithcalaw.com**

6  Attorneys for Plaintiff

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,    ) CASE NO. 2:16-cv-07145-PA-SS
                                )
12            Plaintiff,         )
                                ) DEFAULT JUDGMENT
13 v.                            )
                                )
14 THOMAS N. COLE,               )
                                )
15            Defendant.         )
16 _____)

    In the above-entitled action the Clerk of this Court having entered a default against Defendant(s) THOMAS N. COLE, on **DECEMBER 8, 2016** for failure to respond or appear; and a declaration on behalf of Plaintiff having been filed which satisfies the requirements of F.R.Civ. P. 55(b),

    IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant(s) THOMAS N. COLE, the sum of $1,294.01 principal, $2,855.85 accrued pre-judgment interest, $6.75 penalties/administrative charges, $469.00 court cost, plus $329.40 attorneys fees, less credits of $0.00, for a total

//
//
//
//

of $4,955.01 plus interest from December 8, 2016, at the rate of $0.28 per day to date of entry of judgment. Judgment to accrue interest at the legal rate until paid.

DATE: 12/9/2016

KIRY K. GRAY, CLERK OF THE COURT
U.S. District Court Central District of California



BY: *Margo Mead*
DEPUTY CLERK

:P549F